UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. HARRISON,<br>    Petitioner,<br>  v.<br>G. LOUIS, warden,<br>    Respondent. | No. C 11-931 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice to petitioner filing a petition in this court if he ever obtains the necessary order from the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 6, 2011

                                            SUSAN ILLSTON<br>                                  United States District Judge